UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GWENDOLYN A. HICKS,

    Plaintiff,                                      No.  13-12134

v.                                             District Judge David M. Lawson
                                                   Magistrate Judge R. Steven Whalen

SAINT JOSEPH MERCY HOSPITAL,

    Defendant.
_____/

NUNC PRO TUNC ORDER GRANTING LEAVE TO AMEND

    Plaintiff Gwendolyn A. Hicks is hereby granted leave to file an amended complaint, nunc pro tunc to September 17, 2013.

    IT IS SO ORDERED.

Dated: September 26, 2013          s/ R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties or record on September 26, 2013, electronically and/or by U.S. mail.

                                                      s/Michael Williams
                                                      Case Manager for the
                                                      Honorable R. Steven Whalen